1  Curtis Lee Morrison A-90679
   CSP-Solano
2  P.O. Box 4000-11-111-Low
   Vacaville, California 95696-4000
3  Plaintiff In Pro Se

FILED

2011 APR 20  A 10: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10       IN AND FOR THE NORTHEN DISTRICT OF CALIFORNIA

11                    CV 11            1896

12  Curtis Lee Morrison,              )          COMPLAINT
                                      )
13            Plaintiff,              )    Civil Action No. _____
                                      )
14            v                       )
                                      )                      (PR)
15  Elana O'Reilly                    )
                                      )
16  Deputy District Attorney          )
                                      )
17  Contra Costa County,              )
                                      )
18            Defendant.              )
                                      )
19  _____)

20

21                   I. JURISDICTION AND VENUE

22      1.  This is a civil action authorized by 42 U.S.C. Section 1983 to redress

23  the deprivation of rights secured by the constitution of the United States.  The

24  Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3).  Plaintiff's

25  claim for injunctive relief is authorized by U.S.C. Section 2283 and 2284 and Rule

26  65 of the Federal Rules of Civil Procedure.

27      2.  The Northen District if California is an appropriate venue under 28

28  U.S.C. § 1391 (b) (2) because it is where the events contested occurred.

                                    1

## II. PLAINTIFF

3. Plaintiff, Curtis Lee Morrison, is and was at all times mentioned herein a prisoner of the State of California in the custody of the California Department of Correction. He is currently confined in CSP-Solano at Vacaville, California.

## III. DEFENDANT

4. Defendant, Deputy District Attorney Elana O'Reilly, whose prosecuted plaintiff's motion for DNA, and has custody of the evidence plaintiff would like to have tested.

## IV. FACTS

5. Two times plaintiff invoked Penal Code 1405 requesting DNA testing on evidence from and connected to the crime-scene, Both was denied. The 2005 request was denied, claiming plaintiff did not make a prime facie showing under 28 U.S.C. § 2244 (b) (2), and the 2009 request was denied claiming plaintiff did not claim actual innocence in his prior petition, (See Exhibits E and F).

## V. EXHAUSTION OF LEGAL REMEDIES

6. Plaintiff used the court system to attempt to solve the constitutional error. (See Exhibit H).

(See Exhibit G). Which gives credence to plaintiff's claim that the issue is meritorious.

## VI. LEGAL CLAIMS

7. Plaintiff reallege and incorporate by reference paragraphs 1-6.

8. The States refusal to release the requested crime-scene evidence for testing has deprived plaintiff of his liberty interests in utilizing State procedures to obtain reversal of his conviction, as the defendant filed a motion that was upheld by the court, that violated plaintiff's Fourteenth Amendment right to due process by refusing to allow/provide the DNA testing requested. (See Exhibit T).

2

1    9. The plaintiff has no plain adequate or complete remedy at law to redress

2  the wrongs desribed herein. Plaintiff has been and will continue to be irrepara-

3  bly injured by the conduct of the defendant unless this court grants the injunc-

4  tive relief which plaintiff seeks.

5                              VII. PRAYER FOR RELIEF

6     WHEREFORE, plaintiff respectfully prays that this  court enter judgment

7  grant plaintiff:

8     10. A preliminary and permanent injunction ordering the defendant to allow/

9  provide DNA testing on crime scene evidence.

10    11. Any addititional relief this court deems just, proper, and equitable.

11    Dated 4/7/2011

12  by Curtis Lee Morrison
    CSP-Solano
    P.O. Box 4000-11-111-Low
13  Vacaville, California 95696-4000

14  Curtis Lee Morrison A-90679

15

16    Respectfully submitted,

17

18                              VERIFICATION

19    I have read the forgoing complaint and hereby verify that the matters

20  alleged therein are true. I certify under penalty of perjury that the foregoing

21  is true and correct.

22    Executed at Vacaville, California on April 7th 2011

23

24                              Curtis Lee Morrison A-90679

25

26

27

28

3

**RECEIVED**

## VERIFICATION
### (C.C.P. §446; §2015.5; 28 U.S.C. §1746)

I, Curtis Lee Morrison _____ declare under the penalty of perjury that:

APR 11 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am the _____ Plaintiff _____ in the attached matter, I have read the foregoing documents and know the contents thereof, and the same is true of my own personal knowledge, or upon information and belief therein that they are true. That if called to testify as to the contents hereof, I could do so competently as a sworn witness.

Executed this _7th_ day of _April_____, _2011___ at the California State Prison-Solano, in the City of Vacaville, County of Solano, State of California.

(Signature) _Curtis Morrison_
Declarant

**********************************************************************************

## DECLARATION OF SERVICE BY MAIL
### (C.C.P.§1013(a); §2015.5; 28 U.S.C. §1746)

I, _____ Curtis Lee Morrison _____ declare; That I am a resident of the California State Prison-Solano. in the State of California. I am over the age of (18) years of age, I am [ x ] am not [  ] a party to the above entitled action. My address is P.O. Box 4000; cell (11-111-Low), Vacaville, California 95696-4000.
I served the attached described documentation entitled:

Civil Action COMPLAINT/42 U.S.C Section 1983

Request for appointment of counsel

Request to proceed in Forma Pauperis

on the person(s)/entities/parties specified below by placing a true and duplicated copy(s) of the described documentation into a First Class Postage Paid envelope and submitted it to custody officials for inspection, sealing, and depositing in the United State Mail, consistent with the "Mailbox Rule": Houston v. Lack, 487 U.S. 266,108 S.Ct. 2379, 101 L.Ed.2d. 245 (1988) at the California State Prison-Solano, in Vacaville, California 95696-4000, addressed as follows:

Deputy District Attorney
Elana O'Reilly
725 Court Street
P.O. Box 911
Contra Costa County
Martinez, California 94553

There is First Class mail delivery service by the United States Postal Service at the person(s)/entities/parties addresses and/or regular communications by Postal Service delivery at the addresses above. I declare under the penalty of perjury that the foregoing is true and correct according to my knowledge and beliefs, and that I executed the service on:

This _7th_ day of _April_____, _2011___

(Signature) _Curtis Morrison_
Declarant