Curtis Lee Morrison A-90679
CSP-Solano
P.O. Box 4000-11-111-Low
Vacaville, California 95696-4000

legal mail

California State Prison - Solano

LEGAL MAIL

U.S. POSTAGE PAID
VACAVILLE, CA
APR 08, 11
AMOUNT
$0.00
00059321-06

1004
94102

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008

U.S. District Courthouse
Clerk's Office
450 Golden Gate Avenue 16th Fl
San Francisco, California 94102

RECEIVED
APR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA











c/o Kj 4