1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE MORRISON, | ) | No. C 11-1896 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ELANA O'REILLY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/31/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Morrison896jud.wpd