1  Curtis Lee Morrison A-90679
   CSP-Solano
2  P.O. Box 4000-11-111-Low
   Vacaville, California 95696-4000
3  Plaintiff In Pro Se

RECEIVED

2012 FEB 23  P 1: 12

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D CA-SAN JOSE

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10        IN AND FOR THE NORTHEN DISTRICT OF CALIFORNIA

11

12  Curtis Lee Morrison,        )        SECOND AMENDED COMPLAINT
                                )        REQUEST FOR SUBSTITUTE OF
13            Plaintiff.        )        DEFENDANT"S NAME
                                )
14        V                     )
                                )
15  Mark Peterson,             )        Civil Action No. C-11-1896 LHK (PR)
                                )
16  District Attorney           )
                                )
17  Contra Costa County,        )
                                )
18        Defendant.            )
                                )
19  _____    )

20

21                   I. JURISDICATION AND VENUE

22  1.    This is a civil action authorized by 42 U.S.C. Section 1983 to redress the

23  deprivation of rights secured by the constitution of the United States.  This Court

24  has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff's claim

25  for injunctive relief is authorized by U.S.C. Section 2283 and 2284, and Rule 65 of

26  Federal Rules of Civil Procedure.

27  2.    The Northen District of California is an appropriate venue under 28 U.S.C.

28  Section 1391 (b) (2) because it is where the events contested occurred.

1                                    II. PLAINTIFF

2    3.    Plaintiff, Curtis Lee Morrison, is and was at all times mentioned herein

3    a prisoner of the State of California in the custody of the California Department of

4    Correction and Rehabilitation.  He is currently confined at California State Prison

5    at Vacaville, California.

6                                    III. DEFENDANT

7    4.    District Attorney Mark Peterson's name is being substituted, for that of

8    Robert J. Kochly.  Plaintiff had a June 30th 2008 trial pursuant to Penal Code

9    Section 1405, presided over by the Honorable Judge Joyce Cram, In July of 2011

10   Deputy Attorney for the Contra Costa District Attorney's Office was Elana O'Reilly,

11   therefore as she was on record of prosecuting the case, consequently on appeal,

12   plaintiff used her name as the defendant but was informed by the court that she no

13   longer work as the Deputy District Attorney for Contra Costa County, and the Court

14   allowed for an amended complaint to be filed, at the time is was to be done before

15   the 30 days from 10/27/2011 elapsed.

16   5.    On 11/7/2011 plaintiff complied with the Courts information, of attempting to

17   "Atleast use the name of a current District Attorney" as the defendant. Plaintiff

18   complied by naming Robert Kochley as the defendant but on 2/17/2012 plaintiff

19   received a copy of a letter to Judge Lucy H. Koh, informing the Judge that Robert

20   Kochley left that post in 2010 and was replaced by Mark Peterson.

21   6.    The February 14th 2011 letter to Judge Lucy H. Koh was written by a Gregory

22   C. Harvey, a Deputy County Counsel, For a Sharon L. Anderson, a County Counsel,

23   the letter originated at the Office of the County Counsel County of Contra Costa Ad-

24   ministation Building at 651 Pine Street, 9th Floor in Martinez 94553-1229, and it was

25   addressed to The Honorable Lucy H. Koh.  United States District Court Northern

26   District of California, at 280 South First Street, Room 2112 San Jose, California

27   95113-3095.

28   7.    The letter had with it enclosed facts showing that a Jerry Sanchez signed for

1  the complaint, served by the Marshal, and not Robert Kochley, all good reasons

2  this Court should closely consider allowing this plaintiff a court appointed

3  lawyer, who would have correced this delay with a phone call.

4                                  IV.  FACTS

5      8.    Two times plaintiff invoked Penal Code Section 1405 requesting DNA testing on

6  evidence from the crime scene, that was testified to by eye-witnesses of being held,

7  carried and used by the black man, who shot the officer, and the evidence told to

8  the jury by the prosecutor, that was items, once in control and possession of plaintiff,

9  Both motions was denied.  The 2005 request was denied claiming plaintiff did not make

10  a prime facie showing under 28 U.S.C. Section 2244 (b) (2), and the 2009 request was

11  deiiied claiming plaintiff did not claim actual-innocence in his prior petition, How-

12  ever plaintiff has maintained his innocence from the time at his arrest on the scene,

13  as the arresting officer testified that when he was in the process of arresting this

14  plaintff, he told that officer he was arresting the wrong man, that the two men who

15  shot the officer was now getting away on a single motorcycle, and when plaintiff

16  first learned of DNA, he had his DNA put in the California DNA bank to be compared to

17  DNA from the crime scene.

18                        V. EXHAUSTION OF LEGAL REMEDIES

19      9.    Plaintiff used the Court System to attempt to resolve the Constitutional Error,

20  via The Contra Costa County Superior Court, The First District Court of Appeal, The

21  California Supreme Court and the United States District Court of the Northern District

22  of California, while submitting evidence, giving credence to plaintiff's claim that

23  the issue is meritorious. See Henry W. Shinner v Lynn Switzer No. 09-9000 March 7th

24  2011.

25                              VI. LEGAL CLAIMS

26  10.    Plaintiff reallege and incorporate by reference paragrahps 1-9 of this com-

27  plaint, along with all supporting documents, including the supporting exhibits and

28  points and authorities previously filed, further, plaintiff incorporates by

1  reference legal-claims, which is being submitted contemporaneously.

2  11.  The County of Contra Costa refusal to release the requested crime-scene

3  evidence used to convict this plaintiff that is in their custody, for DNA testing

4  has deprived plaintiff of his liberty-interests in utilizing a State Procedure to

5  obtain reversal of his conviction, as The Supreme Court of the United States has

6  held, such a denial is a violation of ones Fourteenth Amendment Right to Due Process,

7  by refusing to allow/provide DNA testing, when requested under Penal Code Section

8  1405

9  12.  Plaintiff has no plain adequate or complete remedy at law to redress wrongs

10  described herein.  Plaintiff has been and will continue to be irreparably injured

11  by conduct of the defendant, unless This Court grant the injunctive relief requested.

12                     VII.  PRAYER FOR RELIEF

13     Wherefore, Plaintiff respectfully prays that This Court enter judgment granting

14  plaintiff:

15     1. A preliminary and permanent injuction ording this defendant to allow/provide

16  DNA testing on crime-scene evidence, requested during the 6/30/2008 trial and all

17  other evidence used in the trial that was said to be once in plaintiff's control and

18  possession.

19     2. Any additional relief This Court deems just, proper and equitable under these

20  circumstances.

21     Dated 2/18/2012

22                                    Respectfully Submitted

23                                    _Curtis Lee Morrison_ (signature)
                                      Curtis Lee Morrison

24

25                     VERIFICATION

26  I have read the foregoing complaint and hereby verify that the matters alleged are
    true.  I cerigy under penalty of perjury that the foregoing is true and correct.
27

28  Executed at Vacaville, California on 2/18/2012   _Curtis M Orrison_ (signature)
                                                      Curtis   Morrison

Curtis Lee Morrison A-90679
CSP-Solano
P.O. Box 4000-11-111-Low
Vacaville, California 95696-4000

CALIFORNIA STATE PRISON-SOLANO

LEGAL MAIL

Office of the Clerk
United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095

C/o /// 2-20-/2