IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE MORRISON, | ) | No. C 11-1896 LHK (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | ) ) | |
| MARK PETERSON, District Attorney of Contra Costa County, | ) ) ) | |
| Defendant. | ) ) | (Docket No. 58.) |

Plaintiff, a California state prisoner, currently housed at California State Prison - Solano, and proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion requesting that the Court reconsider his motion for appointment of counsel. Plaintiff's motion is **DENIED**. There has been no change in the complexity of the issues in this case since the Court's July 16, 2012 order denying counsel. (Doc. No. 53.)

This order terminates docket number 58.

IT IS SO ORDERED.

DATED: 10/19/12

LUCY H. KOH
United States District Judge

Order Denying Motion for Reconsideration
G:\PRO-SE\SJ.LHK\CR.11\Morrison896denycounsel2.wpd