IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE MORRISON, | ) | No. C 11-1896 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION |
| v. | ) ) | FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL |
| MARK PETERSON, | ) ) | OPPOSITION |
| Defendant. | ) ) | (Doc. No. 61.) |

Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. § 1983. Defendant has filed a motion for summary judgment. On October 2, 2012, the Court notified Plaintiff pursuant to *Woods v. Carey*, 684 F.3d 934, 939-41 (9th Cir. 2012), that he may file a supplemental opposition to Defendant's motion for summary judgment. Plaintiff has filed a motion requesting additional time to file a supplemental opposition. (Doc. No. 61.) Plaintiff's motion is GRANTED. Plaintiff may file a supplemental opposition within 28 days of the filing date of this order. Defendant shall file a supplemental reply to any supplemental opposition within 14 days thereafter.

This order terminates docket number 61.

IT IS SO ORDERED.

DATED: 11/19/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of time to file Supp. Opposition
G:\PRO-SE\SJ.LHK\CR.11\Morrison896eot_supp-opp.wpd